# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TOMMY JONES ) | |
|   a/k/a "Soul" ) | Case No: 01-cr-00214-WYD-29 |
|   a/k/a Quinso Austin ) | |
|   a/k/a Quinso Brown ) | USM No: 30458-013 |
| Date of Previous Judgment: December 3, 2003 ) | Stephen C. Peters, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  140 months  **is reduced to**  120 months .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  December 3, 2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 5, 2008                              s/ Wiley Y. Daniel
                                                                                    Judge's signature

Effective Date: _____                    Wiley Y. Daniel, U.S. District Judge
          (if different from order date)                        Printed name and title